UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

Civil Action No. 21-cv-114-GNS
Chief Judge Greg N. Stivers

**Electronically Filed**

| | |
|---|---|
| CHRISTOPHER RICHARDSON, Individually; | PLAINTIFFS |
| REBEKAH RICHARDSON, Individually; | |
| REBEKAH RICHARDSON, in her capacity as Parent and Next Friend of R.A.R., a minor; | |
| REBEKAH RICHARDSON, in her capacity as Parent and Next Friend of A.J.R., a minor; and | |
| REBEKAH RICHARDSON, in her capacity as Parent and Next Friend of A.T.R., a minor | |

V.　　**MOTION TO APPROVE MINOR SETTLEMENT OF A.J.R.**

| | |
|---|---|
| COREY GROVES; | DEFENDANTS |
| LOVE'S TRAVEL STOPS & COUNTRY STORES, INC.; and | |
| SPEEDCO TRUCK LUBE, INC. | |

\*　　\*　　\*

Comes the Plaintiff, Rebekah Richardson, as parent and next friend of A.J.R., a minor, by counsel, and hereby moves this Court, pursuant to DN 106, for approval of the minor's settlement in this matter. A Memorandum in support, along with supporting documentation, is filed simultaneously herewith.

This 14th day of January, 2025.

RICHARD W. HARTSOCK
LEE L. COLEMAN
D. JOE GRIFFITH
Hughes and Coleman
1256 Campbell Lane, Suite 201
P. O. Box 10120
Bowling Green, KY 42102
Richard: 270-467-0872
Joe: 502-400-5781
FAX (270) 843-0446

rhartsock@hughesandcoleman.com  
lcoleman@hughesandcoleman.com  
jgriffith@hughesandcoleman.com  

By: /s/ Richard W. Hartsock  
*Counsel for Plaintiffs*

## CERTIFICATION

I hereby certify that on this 14th day of January, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Hon. Robert C. Rives, IV  
DINSMORE & SHOHL  
101 South Fifth Street, Suite 2500  
Louisville, KY 40202  
robert.rives@dinsmore.com  

/s/ Richard W. Hartsock  
*Counsel for Plaintiffs*