UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

Civil Action No. 21-cv-114-GNS
Chief Judge Greg N. Stivers

***Electronically Filed***

| | |
|---|---|
| CHRISTOPHER RICHARDSON, Individually; | PLAINTIFFS |
| REBEKAH RICHARDSON, Individually; | |
| REBEKAH RICHARDSON, in her capacity as | |
| Parent and Next Friend of R.A.R., a minor; | |
| REBEKAH RICHARDSON, in her capacity as | |
| Parent and Next Friend of A.J.R., a minor; and | |
| REBEKAH RICHARDSON, in her capacity as | |
| Parent and Next Friend of A.T.R., a minor | |

V.        **MOTION TO APPROVE MINOR SETTLEMENT OF R.A.R.**

| | |
|---|---|
| COREY GROVES; | DEFENDANTS |
| LOVE'S TRAVEL STOPS & COUNTRY STORES, INC.; and | |
| SPEEDCO TRUCK LUBE, INC. | |

\*   \*   \*

Comes the Plaintiff, Rebekah Richardson, as parent and next friend of R.A.R., a minor, by counsel, and hereby moves this Court, pursuant to DN 106, for approval of the minor's settlement in this matter. A Memorandum in support, along with supporting documentation, is filed simultaneously herewith.

This 14th day of January, 2025.

> RICHARD W. HARTSOCK
> LEE L. COLEMAN
> D. JOE GRIFFITH
> Hughes and Coleman
> 1256 Campbell Lane, Suite 201
> P. O. Box 10120
> Bowling Green, KY 42102
> Richard: 270-467-0872
> Joe: 502-400-5781
> FAX (270) 843-0446

        rhartsock@hughesandcoleman.com
        lcoleman@hughesandcoleman.com
        jgriffith@hughesandcoleman.com

By:   /s/ Richard W. Hartsock
      *Counsel for Plaintiffs*

## CERTIFICATION

I hereby certify that on this 14th day of January, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Hon. Robert C. Rives, IV
DINSMORE & SHOHL
101 South Fifth Street, Suite 2500
Louisville, KY 40202
robert.rives@dinsmore.com

/s/ Richard W. Hartsock
*Counsel for Plaintiffs*